**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

KELVIN WILLIAMS,

      Plaintiff,

    v.

GEORGIA DEPARTMENT OF
CORRECTIONS COMMISSIONER; DR.
CHEN; ENDOCRINOLOGIST 2-DR. X; DR.
ALETA GARDNER; P.A. COOPER;
CHRONIC CARE NURSE X; DEPUTY
WARDEN SMITH; TERRI YARBROUGH;
SMITH STATE PRISON HEALTH CARE
SERVICES; LIBRARIAN X; and SGT.
NOVY, all in their individual and official
capacities,

      Defendants.

CIVIL ACTION NO.: 6:16-cv-106

**O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 24), to which Plaintiff filed "Objections", (doc. 25). In his Objections, which are untimely, Plaintiff once again takes issue with the Magistrate Judge's exercise of jurisdiction. However, this pleading is hardly responsive to the Magistrate Judge's Report and Recommendation.

The Court **OVERRULES** Plaintiff's Objections, and accordingly, **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to follow this Court's Orders and failure to prosecute and **DENIES** Plaintiff *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 28th day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA